**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: STEPHEN P DUDZIK          Case No.: 08-26072

Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2008.

2) The case was confirmed on 02/19/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/19/2009, 02/19/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2009.

5) The case was dismissed on 05/14/2009.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 10

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 24,750.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 8,310.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 8,310.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 598.31 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 598.31 |
| Attorney fees paid and disclosed by debtor | $ | 2,760.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK USA | SECURED | 168,219.00 | 158,763.67 | 6,010.01 | 6,010.01 | .00 |
| HSBC BANK USA | SECURED | 18,900.00 | 26,925.66 | 27,125.66 | .00 | .00 |
| POPULAR MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC BANK USA | OTHER | NA | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 10,068.73 | 8,970.94 | 8,970.94 | 1,701.68 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 5,044.37 | 4,952.45 | 4,952.45 | .00 | .00 |
| D PATRICK MULLARKEY | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REV SVC | OTHER | .00 | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | .00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 329.08 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 1,302.02 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 454.62 | 440.61 | 440.61 | .00 | .00 |
| ARROW FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 14,456.52 | 14,456.52 | 14,456.52 | .00 | .00 |
| BENEFICIAL FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT SER | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 63.95 | 142.11 | 142.11 | .00 | .00 |
| BEST BUY | OTHER | .00 | NA | NA | .00 | .00 |
| BEST BUY | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,036.87 | 1,399.77 | 1,399.77 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,052.40 | 2,136.22 | 2,136.22 | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,230.98 | 2,326.27 | 2,326.27 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| AMERICAN CORADIUS IN | UNSECURED | 4,171.44 | NA | NA | .00 | .00 |
| AMERICAN CORADIUS IN | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,164.36 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 956.37 | 1,609.76 | 1,609.76 | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 482.76 | 148.26 | 148.26 | .00 | .00 |
| COOK COUNTY STATES A | UNSECURED | 263.95 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 706.89 | 860.54 | 860.54 | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | 804.93 | 866.05 | 866.05 | .00 | .00 |
| GLOBAL VANTEDGE | OTHER | .00 | NA | NA | .00 | .00 |
| GE CAPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| GE CAPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,509.11 | 1,509.11 | 1,509.11 | .00 | .00 |
| GE MONEY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 529.35 | NA | NA | .00 | .00 |
| HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| THE HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 906.80 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 131.78 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| J C PENNEY | UNSECURED | 2,285.56 | NA | NA | .00 | .00 |
| JC PENNEY | OTHER | .00 | NA | NA | .00 | .00 |
| ZWICKER & ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY | UNSECURED | 1.10 | NA | NA | .00 | .00 |
| PATIENTS 1ST ER MEDI | UNSECURED | 9.17 | 60.00 | 60.00 | .00 | .00 |
| PAY DAY LOANS | UNSECURED | 2,116.69 | 2,034.69 | 2,034.69 | .00 | .00 |
| PROVIDIAN | UNSECURED | 4,171.44 | NA | NA | .00 | .00 |
| PROVIDIAN NATIONAL B | OTHER | .00 | NA | NA | .00 | .00 |
| PROVIDIAN | OTHER | .00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 238.29 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 2,418.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 257.97 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 417.22 | 827.21 | 827.21 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SAMS CLUB | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SST CARD SERVICE | UNSECURED | 3,522.21 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 182.97 | NA | NA | .00 | .00 |
| WALMART | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,300.00 | 2,295.55 | 2,295.55 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 630.00 | 591.23 | 591.23 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 97.38 | 97.38 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 6,010.01 | 6,010.01 | .00 |
| Mortgage Arrearage | 27,125.66 | .00 | .00 |
| Debt Secured by Vehicle | 8,970.94 | 1,701.68 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 42,106.61 | 7,711.69 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,952.45 | .00 | .00 |
| **TOTAL PRIORITY:** | 4,952.45 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 31,801.28 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 598.31 |
| Disbursements to Creditors | $ | 7,711.69 |
| **TOTAL DISBURSEMENTS:** | $ | 8,310.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/16/2009                                  /s/ Tom Vaughn
                                                     Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**